UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC ANDERSON,<br><br>      Petitioner,<br><br>      v.<br><br>SEAN MEDEIROS,<br><br>      Respondent. | CIVIL ACTION NO.<br>14-13547-WGY |

ORDER

YOUNG, D.J.                                             September 8, 2014

1. The motion (#2) for leave to proceed in forma pauperis is GRANTED.

2. The motion for appointment of counsel (#5) is DENIED WITHOUT PREJUDICE. Under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, the Court may appoint counsel for a "financially eligible" habeas petitioner if (1) the Court holds an evidentiary hearing; or (2) "the interests of justice" otherwise so require. See Rule 8(c) of the Rules Governing Section 2254 Cases; 18 U.S.C. § 3006A(a)(2). Here, the interests of justice do not require the appointment of CJA counsel at this stage of the proceedings. The petitioner may renew the after the respondent has filed a response to the petition.

SO ORDERED.

                                              /s/ William G. Young
                                              WILLIAM G. YOUNG
                                              UNITED STATES DISTRICT JUDGE